IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KDC FOODS, INC.,

    Plaintiff,

v.

GRAY, PLANT, MOOTY, MOOTY &
BENNETT, P.A, PHILLIP BOHL,
DANIEL TENENBAUM,
JENNIFER DASARI and
ATTORNEYS' LIABILITY ASSURANCE
SOCIETY, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-636-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Gray, Plant, Mooty, Mooty and Bennett, Phillip Bohl, Jennifer Dasari, Daniel Tenenbaum, and Attorneys' Liability Assurance Society, Inc., granting their motion for summary judgment as to all claims.

_____       11/5/13
Peter Oppeneer, Clerk of Court                      Date