**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

**File number 3:12-CV-636-bbc**

---

**KDC FOODS, INC.,**

Plaintiff,

v.                                                                                    Notice of Appeal

**GRAY, PLANT, MOOTY, MOOTY**
**& BENNETT, P.A., PHILIP BOHL, DANIEL**
**TENENBAUM, JENNIFER DASARI, and ATTORNEYS'**
**LIABILITY ASSURANCE SOCIETY, INC.,**

Defendants.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Plaintiff KDC Foods, Inc., in the above-named case, hereby

appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered

in this action on the 5th day of November, 2013.


Dated this 2nd day of December, 2013.

/s/  *Michael P. Erhard*
Michael P. Erhard, Attorney No. 1015393[1]
Nicholas C. Watt, Attorney No. 1083750
*Attorneys for Plaintiff/Appellant KDC*
*Foods, Inc.*

Erhard & Payette, LLC
7617 Mineral Point Road
Suite 200
Madison, WI 53717
T: 608.836.4555
F: 608.237.6323
merhard@erhardpayette.com

---

[1] Michael P. Erhard should be designated the attorney of record.